No. 72–687. McLean Trucking Co. *v.* United States et al. Affirmed on appeal from D. C. M. D. N. C. Mr. Justice Douglas and Mr. Justice Rehnquist would note probable jurisdiction and set case for oral argument.

No. 72–446. Tomasino *v.* California. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–833. William E. Goetz & Sons et al. *v.* Board of Regents, State Senior Colleges, et al. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–5612. Bodisco *v.* Nixon, President of the United States, et al. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–749. Sunset Amusement Co. et al. *v.* Board of Police Commissioners of the City of Los Angeles. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 72–5471. Fuchs *v.* Silvester. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.